No. 282. METROPOLITAN WEST SIDE ELEVATED RAILWAY COMPANY ET AL. *v.* MACLAY HOYNE, STATE'S ATTORNEY, ETC., ET AL.; and

No. 283. METROPOLITAN WEST SIDE ELEVATED RAILWAY COMPANY ET AL. *v.* SANITARY DISTRICT OF CHICAGO ET AL. Error to the Supreme Court of the State of Illinois. Argued March 25, 1920. Decided April 19, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the

authority of § 237 of the Judicial Code, as amended by
the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726.
*Mr. Frank J. Loesch* and *Mr. Timothy J. Scofield*, with
whom *Mr. Addison L. Gardner* and *Mr. Gilbert E. Porter*
were on the briefs, for plaintiffs in error. *Mr. Edmund D.
Adcock*, with whom *Mr. George I. Haight* was on the brief,
for defendants in error in No. 282. *Mr. C. Arch Williams*,
for defendants in error in No. 283, submitted.